UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREL UNDERWOOD,

    Plaintiff,                                HONORABLE PAUL L. MALONEY

v.                                             Case No. 1:09-cv-828

COCA-COLA COMPANY,

    Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by Report of Facilitative Mediation filed February 19, 2010 (Dkt. #25) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court by **March 15, 2010**.

DATED: February 19, 2010                /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge